**Harold LEE, Plaintiff–Appellant,**

v.

**Gene JOHNSON; Mr. Hammond, T.P.S.; John M. Jabe; Stanley Young, Warden, Pocahontas State Correctional Center, Defendants–Appellees.**

No. 11–6118.

United States Court of Appeals, Fourth Circuit.

Submitted: May 26, 2011.

Decided: June 1, 2011.

Harold Lee, Appellant Pro Se. William W. Muse, Assistant Attorney General, Richmond, Virginia, for Appellees.

Before KING, SHEDD and DIAZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Harold Lee appeals the district court's order denying his motion for a preliminary injunction. On appeal, we confine our review to the issues raised in the Appellant's brief. *See* 4th Cir. R. 34(b). Because Lee's informal brief does not challenge the basis for the district court's disposition, Lee has forfeited appellate review of the court's order. Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and

legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*